■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BENTLEY, Appellant. [642 NYS2d 321] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lisa, J.), rendered December 12, 1994, convicting him of criminal possession of stolen property in the fourth degree, unauthorized use of a vehicle in the third degree, and a violation of Vehicle and Traffic Law § 376, upon a jury verdict, and imposing sentence.

Ordered that the judgment is modified, on the law, by revers-

ing the conviction for the violation of Vehicle and Traffic Law § 376, vacating the fine imposed thereon, and dismissing that count of the indictment; as so modified, the judgment is affirmed.

Upon our review of the record, we find that the defendant voluntarily and intelligently waived his right to appeal the judgment of conviction after a jury trial in exchange for a lesser sentence. Accordingly, he cannot now challenge the propriety of either the prosecutor's conduct or the court's charge (*see, People v Seaberg,* 74 NY2d 1; *People v Clark,* 223 AD2d 722; *People v Brewley,* 211 AD2d 805).

That count of the indictment charging a violation of Vehicle and Traffic Law § 376 must, however, be dismissed as jurisdictionally defective, as the People correctly concede (*see, People v Iannone,* 45 NY2d 589; *People v Aponte,* 212 AD2d 157). Thompson, J. P., Hart, Goldstein and McGinity, JJ., concur.